An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

TERRENCE TERRELL HATCHER,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66884

**FILED**

DEC 0 5 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a proper person notice of appeal. Eighth Judicial District Court, Clark County; Carolyn Ellsworth, Judge.

In his notice of appeal, appellant states that he is appealing from the judgment of conviction entered on September 11, 2013. Appellant has previously appealed from the judgment of conviction in *Hatcher v. State*, Docket No. 64224 (Order of Affirmance, April 10, 2014). Appellant may not appeal from the same judgment twice. Because appellant failed to designate an appealable order, we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

14-39629

cc: Hon. Carolyn Ellsworth, District Judge
Terrence Terrell Hatcher
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk